IN THE UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAMES LATIMER, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:14cv165 |
| | § | |
| JUDGE JOHN R. ROACH, | § | |
|     Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 11, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Judge Roach's Motion to Dismiss Under Federal Rules 12(b)(1) and 12(b)(6) (Dkt. 7) be GRANTED and that Plaintiff's claims be dismissed with prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Judge Roach's Motion to Dismiss Under Federal Rules 12(b)(1) and 12(b)(6) (Dkt. 7) is GRANTED and Plaintiff's claims shall be dismissed with prejudice.

**IT IS SO ORDERED.**

**SIGNED this the 31st day of March, 2015.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE